UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:24-cv-20307-RAR

**VICTOR ARIZA**,

      Plaintiff,

vs.

**LIQUOR MANAGEMENT, LLC,
d/b/a CROWN WINE & SPIRITS**,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days to finalize their settlement agreement and for Plaintiff to file the necessary dismissal document(s).

DATED:  March 27, 2024.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com

By____*s/ Roderick V. Hannah*____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

By ___*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595

2

**SHUTTS & BOWEN LLP**
Counsel for Defendant
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
T. 305/347-7337
305/347-7837 (Facsimile):
Email: rllorens@shutts.com

By: ___*s/ Rene Gonzalez-Llorens*_____
      RENE GONZALEZ-LLORENS
      Fla. Bar No. 53790