**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-20307-RAR**

**VICTOR ARIZA**,

      Plaintiff,

v.

**LIQUOR MANAGEMENT, LLC**,
d/b/a CROWN WINE & SPIRITS,

      Defendant.

_____/

## ORDER OF DISMISSAL

      **THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, [ECF No. 15] ("Notice"), filed on April 5, 2024.  The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

      **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees.  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

      **DONE AND ORDERED** in Miami, Florida, this 5th day of April, 2024.

_____
  **RODOLFO A. RUIZ II**
  **UNITED STATES DISTRICT JUDGE**